IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERTHA KEYLON,

    Plaintiff,

v.                      No. 04-1303 JP/RLP

SCOTT BARNARD,

    Defendant.

## JUDGMENT AFTER REMAND

This matter came before the Court upon remand from the United States Court of Appeals for the Tenth Circuit. <u>Keylon v. City of Albuquerque, et al.</u>, 535 F.3d 1210 (10th Cir. 2008).

The Court, having reviewed the opinion of the Tenth Circuit and the parties being in agreement, hereby enters judgment in Plaintiff Bertha Keylon's favor and against Defendant Scott Barnard on Plaintiff's claims of unreasonable detention and arrest under the Fourth Amendment as stated in Counts II and III of her complaint

A jury trial shall determine the amount of damages to be awarded. The Court reserves any award of damages, fees and costs pending the outcome of the jury trial.

                                 _____
                                 THE HONORABLE JUDGE JAMES A. PARKER
                                 United States District Court Judge

Respectfully Submitted,

KENNEDY LAW FIRM

*signature*

Joseph P. Kennedy
Attorney for Plaintiff
1000 Second Street NW
Albuquerque, New Mexico 87102
(505) 244-1400 fax: (505) 244-1406

Approved:


*Approved via telephone 11/13/2008*
Kathryn Levy
Deputy City Attorney
City of Albuquerque Legal Department
Attorney for Defendant
PO Box 2248
Albuquerque, NM 87103