IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BERTHA KEYLON,**

       **Plaintiff,**

v.                                                             No. 04-1303 JP/RLP

**SCOTT BARNARD,**
City of Albuquerque Police Officer.

       **Defendant.**

### PLAINTIFF'S PROPOSED EXHIBITS

1. Medical bills;

2. Photographs of the injuries sustained by Plaintiff;

3. Booking Sheet from Metropolitan Detention Center;

4. Bernalillo County Property Receipt Report;

5. Fingerprints taken at Metropolitan Detention Center on 9-28-2003;

6. CADS.

                                             Respectfully submitted,

                                             **KENNEDY LAW FIRM**

                                             */s/ Joseph P. Kennedy*
                                             Joseph P. Kennedy
                                             Shannon L. Kennedy
                                             Attorneys for Plaintiff
                                             1000 Second Street NW
                                             Albuquerque, New Mexico 87102
                                             (505) 244-1400

### CERTIFICATE OF SERVICE

    I hereby certify that on January 26, 2009 this pleading was electronically filed and thereby served on all opposing counsel of record.

                                             */s/ Joseph P. Kennedy*
                                             JOSEPH P. KENNEDY