**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 28 2009

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

BERTHA KEYLON,

    Plaintiff,

v.

No. CIV 04-1303 JP/RLP

SCOTT BARNARD,
City of Albuquerque Police Officer,

    Defendant.

RESPONSE:

(DATE)

(TIME)

1/28/09

Judge Parker —

While Officer Barnard was testifying, I began to have the feeling that I might have seen him arresting a close friend about eight years or so ago. I can't remember clearly, but if it turned out to be so, I would worry if it would cast doubt on my impartiality.

juror ▮▮▮▮▮▮

