IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 28 2009

MATTHEW J. DYKMAN
CLERK

BERTHA KEYLON,

      Plaintiff,

v.                                         Civ. No. 04-1303 JP/RLP

SCOTT BARNARD,
City of Albuquerque Police Officer,

      Defendant.

## JURY VERDICT FORM

1. We award the following amount of compensatory damages:

    $40,000.00

2. Do you find, in your discretion, that an award of punitive damages is appropriate against

    Defendant Barnard?

    Yes ✓                                    No _____

3. If you answered yes to question 2, enter the amount of punitive damages you find

    appropriate against Defendant Barnard.

    $20,000.00

1/28/09
DATE



